IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN BROWN,

    Petitioner,

v.                                          Case No. 4:18cv500-MW/EMT

MARK S. INCH,

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Petitioner's objection to the Report and Recommendation. ECF No. 19. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted,** over Petitioner's objection**,** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on September 25, 2019.**

                                                            s/Mark E. Walker      
                                                            **Chief United States District Judge**